Before State Industrial Board, Respondent. John Brown, Appellant, v. Rose Danceland, Inc., and Another, Respondents.— Decision unanimously affirmed, without costs.

Hereward M. Mack and Another, Appellants, v. The State of New York, Respondent.— Motion denied, with ten dollars costs.

Bernard Cummings and Another, Respondents, v. Calvin A. Whittaker, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days on payment of such costs.

Esther Globerson, Appellant, v. Samuel Podhoretz, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Lena S. Scarey, Appellant, v. Edward W. Scarey, Respondent.— Order unanimously affirmed, without costs.

The Albany Builders' Supply Company, Respondent, v. M. Vincent Ryan, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

James Hare, Respondent, v. John Hart and Others, Defendants, Impleaded with Daniel T. McManamon, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before State Industrial Board, Respondent. Anna Schweitzer and Another, Respondents, v. Sophie M. Reyelts and Another, Appellants.— Awards reversed and claim dismissed, with costs against the State Industrial Board, on the ground that no claim for compensation against these defendants was filed within one year after the death of the injured employee, which death resulted from his injury sustained March 28, 1919; and these defendants objected to the failure to file a claim on the hearing on such claim. (Workmen's Compensation Law, § 28;* Davis v. Butler, 194 App. Div. 58.) All concur.

Before State Industrial Board, Respondent. Luigi Spada, Respondent, v. United States Ferro Alloys Corporation and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Mary Charleston, Respondent, v. Erie Railroad Company, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. In view of the unsatisfactory state of the record the court expresses no opinion on the question of interstate commerce. All concur.

Before State Industrial Board, Respondent. Margaret Ankerbrand, Respondent, v. Jacob Philippi and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimants have not sustained the burden of proof that the fall aggravated the pre-existing condition of angina pectoris as found by the Board, it being just as probable that the fall was caused by the disease and that death resulted independently of the fall. All concur.